So Ordered.

Dated: April 16, 2025



G. Michael Halfenger  
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

In re  
ANNETTE POWELL

Chapter 13  
Case No. 24-26061-GMH

Debtor.

**ORDER RESOLVING TRUSTEE'S OBJECTION  
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

1. On or before May 30, 2025, the Debtor shall:

    a. File an amended budget to address all issues raised in the Trustee's Objection to Confirmation and to show the Debtor's ability to support the proposed Plan payments of $930 monthly commencing with June 2025.

    b. File an affidavit or declaration to support the contribution income disclosed on Schedule I.

    c. File an Amended Plan to provide clarification as to how the Trustee should handle the $445 payment received on February 24, 2025.

Prepared by:  
Christopher D. Schimke, Staff Attorney  
Office of the Chapter 13 Trustee  
P O Box 510920  
Milwaukee, WI 53203  
T: (414) 271-3943  
info@chapter13milwaukee.com

2. The Trustee's deadline to object to confirmation is extended to June 20, 2025.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####