So Ordered.

Dated: June 6, 2025



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Annette Powell | Case No. 24-26061-gmh |
| Debtor | Chapter 13 |

**ORDER APPROVING STIPULATION TO RESOLVE MOTION
FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT
AS TO REAL PROPERTY LOCATED AT
3206 NORTH FIRST STREET, MILWAUKEE, WISCONSIN**

The Court has reviewed the filed stipulation between the Debtor and 21st Mortgage Corporation, its successors and/or assignees ("Movant"), resolving the motion for relief from stay and for abandonment, with respect to the property located at 3206 North First Street, Milwaukee, Wisconsin.

**IT IS THEREFORE ORDERED**: The stipulation, which is attached to this Order, is approved and incorporated herein, and the parties are authorized to act in accordance with its terms. The motion is denied subject to the conditions stated in the stipulation.

#####

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Annette Powell<br>Debtor | Case No. 24-26061-gmh<br>Chapter 13 |

**STIPULATION TO RESOLVE RENEWED MOTION
FOR RELIEF FROM AUTOMATIC STAY AND FOR ABANDONMENT
AS TO REAL PROPERTY LOCATED AT
3206 N FIRST STREET, MILWAUKEE, WISCONSIN**

To resolve the renewed motion for relief from the automatic stay filed by 21st Mortgage Corporation, its successors and/or assignees ("Movant"), with respect to the property located at 3206 North First Street, Milwaukee, Wisconsin (the "Property"), Movant and Debtor, by their respective undersigned counsel, stipulate as follows:

1. The renewed motion will be denied, subject to the following conditions.

2. Debrot's counsel will pay the $3,082.00 in "good faith" funds it holds to Movant, within 5 days of entry of the order approving this stipulation.

3. Movant may file a supplemental claim in the amount of $1,357.35, which is the remainder of Movant's incurred fees and costs for the motion for relief, after application of the good faith funds.

4. Commencing with the July 2025 payment, and continuing through and including the December 2025 payment, the Debtor shall make all monthly mortgage payments to the Movant in strict accordance with the applicable loan documents. In the event any such payment is not received in a timely manner, the Movant, its servicing

agent or its counsel may submit evidence of default and a proposed order for immediate relief from the automatic stay to the court for signature.

5. This is a stipulation to a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is therefore subject to this district's Uniform Procedure for Doomsday Orders.

6. Thereafter, the Debtor shall make all monthly mortgage payments to the Movant in strict accordance with the applicable loan documents. In the event any such payment is not received in a timely manner, counsel for the movant may renew the motion by letter, and the motion will be granted unless Debtor files an objection requesting a hearing within 14 days of the motion renewal.

7. The next payment due is the July 1, 2025 payment.

8. Pending further notice, the monthly mortgage payment is $ 770.05, and payments shall be made to the Movant at 21st Mortgage Corporation, c/o SN Servicing Corp., PO Box 477, Knoxville, TN 37901.

Dated: 6/3/2025

ATTORNEY BRYAN WARD LLC,
Counsel for Movant

Bryan M. Ward, WI Bar # 1066268

Dated: 6/3/25

DEBT ADVISORS, S.C
Counsel for Debtors

2

APPROVED BY OFFICE OF SCOTT LEISKE
CHAPTER 13 TRUSTEE

_____  Dated: 6/6/2025
Christopher D. Schimke
2025.06.06 12:39:22-05'00'